IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUGLAS J. FURLONG, <br> VARIETAL BEER COMPANY, <br> VORTEX BREWING, CO., LLC <br> *Plaintiffs*, <br><br> v. <br><br> THE HON. ANTHONY G. BROWN, <br> *Attorney General of Maryland*, <br> JEFFREY A. KELLY, <br> *Executive Director, Maryland Alcohol, Tobacco,* <br> *& Cannabis Commission* <br><br> *Defendants*. | * <br> * <br> * <br> * <br> * Civil Action No. RDB-23-2045 <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 4th day of August 2025 hereby ORDERED that:

1. Plaintiffs' Motion for Summary Judgment (ECF No. 43) is DENIED;

2. Defendants' Cross-Motion for Summary Judgment (ECF No. 52) is DENIED;

3. Counsel for both parties shall contact Chambers regarding availability for a bench trial; and

4. The Clerk of this Court shall transmit copies of this Memorandum Order to counsel of record in this matter.

/s/
_____
Richard D. Bennett
United States Senior District Judge