IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOUGLAS FURLONG, <br> VARIETAL BEER COMPANY, <br> VORTEX BREWING CO., LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE HON. ANTHONY G. BROWN, <br> *Attorney General of Maryland*, <br> JEFFREY A. KELLY, *Executive Director*, <br> *Maryland Alcohol, Tobacco, and Cannabis* <br> *Commission*, <br><br> *Defendants*. | Civil Action No. RDB-23-2045 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**

Following a trial in the above-captioned matter, the Court on December 23rd, 2025, filed its Trial Findings of Fact and Conclusions of Law pursuant to Rule 52(a) of the Federal Rules of Civil Procedure and further ordered that Judgment shall be entered in Plaintiffs' two-Count Amended Complaint (ECF No. 35) in favor of Plaintiffs and against Defendants. Accordingly, pursuant to Rule 58, IT IS HEREBY ORDERED this 23rd day of December 2025 that:

1. The Clerk of this Court shall enter Judgment on Count I of Plaintiffs' Amended Complaint (ECF No. 35) in favor of Plaintiffs and against Defendants;

2. The Clerk of this Court shall enter Judgment on Count II of Plaintiffs' Amended Complaint (ECF No. 35) in favor of Plaintiffs and against Defendants;

3. The Clerk of this Court shall enter declaratory judgment declaring unconstitutional under the Commerce Clause to the United States Constitution the residency and employee-delivery restrictions contained in the Direct Delivery Law and codified at MD. CODE ANN., ALC. BEVS. & CANNABIS § 2-169(a);

4. Defendants are ENJOINED from enforcing MD. CODE ANN., ALC. BEVS. & CANNABIS § 2-169(a) against out-of-state beer producers;

5. The Clerk of this Court shall CLOSE this case; and,

6. The Clerk of this Court shall transmit a copy of this Judgment and the accompanying Trial Findings of Fact and Conclusions of Law to counsel of record in this case.

_____
Richard D. Bennett
United States Senior District Judge